**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Bala Bangles, Inc.

                      Plaintiff,

v.                                                      Case No.: 1:22−cv−02477

                                                          Honorable Mary M. Rowland

The Entities and Individuals Identified in Annex A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

       MINUTE entry before the Honorable Mary M. Rowland: The court is in receipt of motion to vacate default filed by LANDUF_US. Plaintiff is to file a status report by 5/1/23 indicating: how many infringing products were sold by this defendant; how many of those products were sold in the Northern District of Illinois; and how much money was seized from LANDUF_US's accounts in this lawsuit. Plaintiff should also report on efforts made to resolve this matter between now and 5/1/23 and whether the matter has been resolved with LANDAF_US. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.