IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| Bala Bangles, Inc, | |
| Plaintiff, | Case No. 22-cv-02477 |
| v. | Judge Mary M Rowland |
| LANDAF_US, | |
| Defendant (Number. 348) | |

Notice of Motion Withdrawal

Defendant **LANDAF_US** (No. 348) and Plaintiff have reached a settlement agreement. PLEASE TAKE NOTICE that Defendant hereby withdraws its Motion to Vacate Default Judgment [Dkt. No. 87] filed on April 17, 2023. Defendant thanks the Court for the time and attention to this matter.

Thank you and Best Regards,

Date: April 24, 2023

Respectfully submitted

/s/陈泽云(Zeyun Chen)

Address：Zone 9, Yicheng Center Longhua District, Shenzhen, China.

Email: houyuanjin2022@126.com

E-Phone number: 131-2046-4911

1