IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bala Bangles, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:22-cv-02477 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| The Entities and Individuals Identified in Annex A, | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Pursuant to the Court's minute entry dated April 18, 2023 (D.I. 88), Plaintiff provides the following status report relating to Defendant LANDAF_US (Doe 348):

Defendant LANDAF_US's Motion to Vacate Default Judgment (D.I. 87) was withdrawn on April 24, 2023. D.I. 89. Plaintiff and Defendant LANDAF_US (DOE 348) have reached a settlement in this action. As such, this matter has been resolved.

Dated: May 1, 2023

*/s/ John J. Lucas*
Marshall, Gerstein & Borun LLP
Benjamin T. Horton
Gregory J. Chinlund
Michelle Bolos
Kelley S. Gordon
John J. Lucas
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
bhorton@marshallip.com
gchinlund@marshallip.com
mbolos@marshallip.com
kgordon@marshallip.com
jlucas@marshallip.com

*Attorneys for Plaintiff*