# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bala Bangles, Inc.

                    Plaintiff,

v.

The Entities and Individuals Identified in Annex A, et al.

                    Defendant.

Case No.: 1:22−cv−02477
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff and Defendant LANDAF_US have reached a settlement and the pending motion by LANDAF_US [87] was withdrawn [see 89]. Plaintiff has also filed a satisfaction of judgment as to Suzhou Blossom Group and LANDAF_US. Therefore the motion [87] is denied as moot. Case remains closed. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.